IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHRISTOPHER BROWN,

        Plaintiff,

vs.

JP MORGAN CHASE BANK, N.A., AS TRUSTEE FOR CERTIFICATEHOLDERS OF BEAR STEARNS ASSET BACKED SEC CHRISTOPHER BROWN; LOAN CENTER OF CALIFORNIA, INC.; EMC MORTGAGE CORPORATION; MORTGAGE LENDERS FINANCIAL NETWORK, INC.; and DOES 1 through 50, inclusive,

        Defendants.
_____/

No. CIV S-09-1594 FCD EFB PS

ORDER AND
FINDINGS AND RECOMMENDATIONS

    This case, in which plaintiff is proceeding *pro se*, is before the undersigned pursuant to Eastern District of California Local Rule 302(c)(21). *See* 28 U.S.C. § 636(b)(1); Dckt. No. 12. On June 8, 2009, defendants JP Morgan Chase Bank and EMC Mortgage Corporation ("defendants") removed this action from Yolo County Superior Court based on federal question jurisdiction. Dckt. No. 1. On July 23, 2009, plaintiff filed a first amended complaint, and on October 1, 2009, defendants filed a motion to dismiss that amended complaint. Dckt. Nos. 7, 13.

////

1   Because plaintiff failed to file an opposition to the motion to dismiss, on December 7,
2   2009, the undersigned continued the hearing on the motion to dismiss to January 27, 2010;
3   directed plaintiff to show cause, in writing, no later than January 13, 2010, why sanctions should
4   not be imposed for failure to timely file an opposition or a statement of non-opposition to the
5   pending motion; and directed plaintiff to file an opposition to the motion, or a statement of non-
6   opposition thereto, no later than January 13, 2010.  Dckt. No. 15.  The order further stated that
7   "[f]ailure of plaintiff to file an opposition will be deemed a statement of non-opposition to the
8   pending motion, and may result in a recommendation that this action be dismissed for lack of
9   prosecution.  *See* Fed. R. Civ. P. 41(b)."

10   The deadline to respond has passed and the court docket reflects that plaintiff has not
11   responded to the order to show cause nor filed an opposition or statement of non-opposition to
12   defendants' motion.  In light of plaintiff's failures, the undersigned will recommend that this
13   action be dismissed for failure to prosecute and that defendants' motion to dismiss be denied as
14   moot.  *See* Fed. R. Civ. P. 41(b); L.R. 110.

15   Accordingly, IT IS HEREBY ORDERED that the hearing date of January 27, 2010 on
16   defendants' motion to dismiss, Dckt. No. 13,  is vacated.

17   It is FURTHER RECOMMENDED that:

18   1.  This action be dismissed pursuant to Federal Rule of Civil Procedure 41(b), based on
19   plaintiff's failure to prosecute the action;

20   2.  Defendants' motion to dismiss, Dckt. No. 13, be denied as moot; and

21   3.  The Clerk of Court be directed to close this case.

22   These findings and recommendations are submitted to the United States District Judge
23   assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days
24   after being served with these findings and recommendations, any party may file written
25   objections with the court and serve a copy on all parties.  Such a document should be captioned
26   "Objections to Magistrate Judge's Findings and Recommendations."  Failure to file objections

1 within the specified time may waive the right to appeal the District Court's order. *Turner v.*
2 *Duncan*, 158 F.3d 449, 455 (9th Cir. 1998); *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir. 1991).
3 DATED: January 20, 2010.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE